**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.:**

WILLIAM JOSE GUERRERO-VARGAS,
and other similarly situated individuals

    *Plaintiff*,

v.

AMF INDUSTRIAL, LLC, and CARLOS J.
AROCHA ESTRADA,

    *Defendants*.

_____/

## NOTICE OF REMOVAL

Defendants, AMF INDUSTRIAL, LLC, and CARLOS J. AROCHA ESTRADA ("Defendants"), by and through the undersigned counsel, hereby moves pursuant to 28 USC §§ 1331, 1441 and 1446 for the removal of the above-styled cause of action from the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, Florida where the action is now pending, to the United States District Court for the Southern District of Florida, Miami Division. The removal of this action is based on the following:

1. On October 13, 2021, Plaintiff WILLIAM JOSE GUERRERO-VARGAS ("Plaintiff"), filed a civil action against Defendants in the County Court of the 11th Judicial Circuit in and for Miami-Dade County, Florida, styled *William Jose Guerrero-Vargas and all others similarly situated under 29 USC 216(b) vs. AMF Industrial, LLC, and Carlos J. Arocha Estrada*, Case no. 2021-009831-CC-24 (hereinafter referred to as the "County Court Action").

2. Plaintiff's Complaint alleges the following count: federal overtime hour violation under the Fair Labor Standards Act (FLSA), Count I, brought as a collective action under 29 USC

§ 216(b). Hence, this action is within the original federal question jurisdiction of this United States District Court pursuant to 28 USC § 1331, because Plaintiff has asserted a federal claim under the FLSA.

3. Defendant was served with copy of the Complaint and Summons in the County Court Action on or about October 21, 2021. This constituted Defendants' first legal notice of the County Court Action for purposes of removal. Thus, this Notice of Removal is timely filed pursuant to 28 U.S.C § 1446(b), within thirty (30) days from the date on which Defendants received notice of the County Court Action.

4. For the reasons stated above, this action is removable to this Court pursuant to the provisions of 28 U.S.C. §§ 1331 and 1441.

5. A true and correct copy of all process, pleadings, orders, summons, return of service executed and other papers or exhibits of every kind currently on file in the County Court Action are attached hereto as **Composite Exhibit A**, as required by 28 USC § 1446(a).

6. The District and Division embracing the place where such action should be pending is the United States District Court for the Southern District of Florida, Miami Division and Defendants properly seek to remove this action to this Court. The Southern District, Miami Division is the appropriate venue because Plaintiff alleges in his Complaint that the acts complained of occurred within the Miami-Dade County, Florida and because Defendants reside in Miami-Dade County, Florida.

7. In accordance with 28 USC § 1446 (d), Defendants will promptly file a copy of the Notice of Removal with the Clerk of the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, and simultaneously provide written notice of the filing of this Notice of

Removal to Plaintiff as reflected by the Certificate of Service. A copy of Defendants' Notice of Filing Notice of Removal is attached hereto as **Exhibit B**.

WHEREFORE, Defendants request that the instant action, currently pending before the County Court of the Eleventh Judicial Circuit in and for Miami-Dade County, be removed to the United States District Court for the Southern District of Florida, Miami Division.

Dated: this 1st day of November, 2021.

        Respectfully Submitted,

        **TREMBLY LAW FIRM**
        *Attorneys for Defendant*
        9700 South Dixie Highway, PH 1100
        Miami, Florida 33156
        Telephone: (305) 431-5678
        E-Mail: yadhira@tremblylaw.com
        E-Mail: service@tremblylaw.com

        By: **Yadhira Ramírez-Toro**
            Yadhira Ramírez-Toro, Esq.
            Florida Bar No. 120506
            *Counsel for Defendants*