# COMPOSITE EXHIBIT "A"

Filing # 136572364 E-Filed 10/14/2021 02:34:07 PM

☐ IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.
☒ IN THE COUNTY COURT IN AND FOR MIAMI-DADE COUNTY, FLORIDA.

| DIVISION<br>☒ CIVIL<br>☐ DISTRICTS<br>☐ OTHER | CIVIL ACTION SUMMONS (b)<br>Form for Personal Service on a Natural Person | CASE NUMBER<br>2021-009831-CC-24 |
|---|---|---|
| **PLAINTIFF(S)**<br>William Jose Guerrero-Vargas and all others similarly situated under 29 U.S.C § 216(b) | VS. **DEFENDANT(S)**<br>AMF INDUSTRIAL LLC. and CARLOS J. AROCHA ESTRADA | **CLOCK IN**<br>10/21/21 3:25 am<br>Ken #10040 |

THE STATE OF FLORIDA: TO EACH SHERIFF OF THE STATE, YOU ARE COMMANDED to serve this Summons and a copy of the Complaint in this lawsuit on defendant:

| To Defendant(s):<br>CARLOS J. AROCHA ESTRADA | Address: 7541 N.W. 97 Court<br>DORAL, FL 33178 |
|---|---|

**IMPORTANT**

A lawsuit has been filed against you. You have 20 calendar days after this summons is served on you to file a written response to the attached complaint with the clerk of this court. A phone call will not protect you. Your written response, including the case number given above and the names of the parties must be filed if you want the court to hear your side of the case. If you do not file your response on time, you may lose the case, and your wages, money and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response with the Clerk of the Court, you must also mail or take a copy of your written response to the "Plaintiff/Plaintiff's Attorney" named below. The central location of the Clerk's office is at the Dade County Courthouse. The address for the courthouse, and branch locations are listed below for your convenience:

"For those unable to pay for an attorney, Information on how to seek free legal assistance can be found at www.dadecountyprobono.org."

**MIAMI-DADE COUNTY COURT LOCATIONS**

| ☒ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICE** |

| Plaintiff/Plaintiff Attorney<br>Jamie H. Zidell, Esq.<br>Florida Bar No. 0010121 | Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **CLERK OF COURTS<br>HARVEY RUVIN** | 76445<br>DEPUTY CLERK | **DATE ON:**<br>10/18/2021 |

**AMERICANS WITH DISABILITIES ACT OF 1990**
**ADA NOTICE**

"If you are a person with a disability who needs any accommodation in order to participate in this proceeding, you are entitled, at no cost to you, to the provision of certain assistance. Please contact Aliean Simpkins, the Eleventh Judicial Circuit Court's ADA Coordinator, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, FL 33128, Telephone (305) 349-7175; TDD (305) 349-7174; Email ADA@jud11.flcourts.org; Fax (305) 349-7355 at least seven (7) days before your scheduled court appearance, or immediately upon receiving this notification if the time before the scheduled appearance is less than seven (7) days; if you are hearing or voice impaired, call 711."

| | | |
|---|---|---|
| ☐ EN LA CORTE DE CIRCUITO DEL UNDECIMO CIRCUITO JUDICIAL EN Y PARA EL CONDADO DE MIAMI-DADE, LA FLORIDA.<br>☒ EN EL TRIBUNAL DEL CONDADO EN Y PARA EL CONDADO MIAMI-DADE, LA FLORIDA. | | |
| **DIVISION**<br>☒ CIVIL<br>☐ DISTRITO<br>☐ OTRA | **EMPLAZAMIENTO DE ACCION CIVIL**<br>(b) NOTIFICACION PERSONAL A PERSONA NATURAL | **NUMERO DE CASO**<br>2021-009831-CC-24 |
| **DEMANDANTE(S)**<br>William Jose Guerrero-Vargas and all others similarly situated under<br>29 U.S.C § 216(b) | VS.  **DEMANDADO(S)**<br><br>AMF INDUSTRIAL LLC. and<br>CARLOS J. AROCHA ESTRADA | **HORA** |

EL ESTADO DE LA FLORIDA: A cada alguacil del Estado: Se le ordena que hagan entrega de esta notificación y una copia de la demanda en este pleito al demandado(s) mencionada arriba.

| A Demandado(s):<br>CARLOS J. AROCHA ESTRADA | A Demandado(s):  7541 N.W. 97 Court<br>DORAL, FL 33178 |
|---|---|

### IMPORTANTE

Usted ha sido demandado legalmente. Tiene 20 días, contados a partir del recibo de esta notificación, para contestar la demanda adjunta, por escrito, y presentarla ante este tribunal. Una llamada telefónica no lo protegerá. Si usted desea que el tribunal considere su defensa, debe presentar su respuesta por escrito, incluyendo el número del caso y los nombres de las partes interesadas. Si usted no contesta la demanda a tiempo, pudiese perder el caso podría ser despojado de sus ingresos y propiedades, o privado de sus derechos, sin previo aviso del tribunal. Existen otros requisitos legales. Si lo desea, puede usted consultar a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a una de las oficinas de asistencia legal (Legal Aid Office) o un servicio de referencia de abogados (Attorney Referral Service) que aparecen en la guía telefónica.

Si desea responder a la demanda por su cuenta, al mismo tiempo en que presenta su respuesta ante el tribunal, deberá usted enviar por correo o entregar en la mano una copia de su respuesta a la persona denominada abajo como "Plaintiff/Plaintiff's Attorney" (Demandante o Abogado del Demandante) y presentar su contestación a la demanda al Secretario del Juzgado. La ubicación central de la Oficina del Secretario está en el edificio de la Corte del Condado de Dade. La dirección de la Corte, y de las sucursales aparecen en la lista siguiente para su conveniencia.

"Para aquellas personas que no puedan pagar un abogado, la información sobre como solicitar asistencia legal gratuita se puede encontrar en www.dadecountyprobono.org."

**LOCALIDAD DE LOS TRIBUNALES DEL CONDADO DE MIAMI-DADE**

| ☒ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **SERVICIO** |

| Demandante o Abogado del Demandante:<br>Jamie H. Zidell, Esq.<br>Número del Colegio de Abogados:<br>0010121 | Dirección:  300 71st Street, Suite 605<br>Miami Beach FL 33141 | |
|---|---|---|
| **HARVEY RUVIN**<br>Secretario del Tribunal del Condado | COMO SECRETTARIO ADJUNTO | **FECHA** |

### LEY PARA ESTADOUNIDENSES CON INCAPACIDADES

"Si usted es una persona minusválida que necesita hacer arreglos para poder participar en este proceso, usted tiene derecho, sin gasto alguno, a que se le provea cierta ayuda. Por favor póngase en contacto con Aliean Simpkins, el Coordinador de ADA en el Onceavo Distrito Judicial ubicado en el Lawson E. Thomas Courthouse Center, 175 NW 1st Ave, Sala 2400, Miami FL 33128, Teléfonos (305)349-7175; TDD (305) 349-7174, Correo electrónico ADA@jud11.flcourts.org  or Fax (305) 349-7355 por lo menos siete (7) días antes de la cita fijada para su comparecencia en los tribunales; o inmediatamente después de recibir esta notificación si el tiempo antes de la comparecencia que se ha programado es menos de siete (7) días; si usted tiene discapacitación del oído o de la voz, llame al 711."

| ☐ AU TRIBUNAL DU ONZIEME ARRONDISSEMENT JUDICIARE DANS ET POUR MIAMI-DADE, FLORIDE. |||
|---|---|---|
| ☒ AU TRIBUNAL DE JUGEMENT ET POUR LE DEPARTENT DE MIAMI-DADE, FLORIDE. |||
| **DIVIZYON**<br>☒ CIVILE<br>☐ DISTRICT<br>☐ AUTRE | **CONVOCARION D' ACTION CIVILE**<br>(b) LIVRAI ON PERSONNELLE A UNE PERSONNE | **NUMERO DE CASO**<br><br>2021-009831-CC-24 |
| **PLAINTE (S)**<br>William Jose Guerrero-Vargas and all others similarly situated under 29 U.S.C § 216(b) | **VS.  CONTRE ACCUSE(S)**<br><br>AMF INDUSTRIAL LLC. and<br>CARLOS J. AROCHA ESTRADA | **HEURE IN** |
| **L'TAT DE LA FLORIDE:** A chaque sherif de l'etat vous etes oblige de presenter cette citation et une photocpie de la plainte de ce document sur l'accuse (e) ci-desus. |||
| A (AUX) ACCUSE(S):<br>CARLOS J. AROCHA ESTRADA | A (AUX) ACCUSE(S): | 7541 N.W. 97 Court<br>DORAL, FL 33178 |

**IMPORTANT**

Des poursuites judiciaires ont ete enterprises contre vous. Vous avez 20 jours consecutifs a partir a de la date de l'assignation de cette citation pour deposer une response ecrite a la plainte ci-jointe aupres de ce tribunal. Un simole coup de telephone est insoffisant pour vous proteger. Vous etes obliges de deposer votre response ecrite, avec mention du numero de dossier ci-dessus et du nom des parties nommees ici, si vous souhaitez que le tribunal entende votre cause. Si vous ne deposez pas aotre reponse ecrite dans le relai requis, vous risquez de perdre la cause ainsi que votre salaire, votre argent, et vos biens peuvent etre saisis par la suite, aucun preavis ulterieur du tribunal. Il y a d'autres obligations juridiques et vous pouvez requerir les services immediats d'un avocat. Si vous ne connaissez pas d'avocat, vous pourriez telephoner a un service reference d'avocats ou a un bureau d'assistance juridique (figurant a l'annuaire de telephones).

Si vous choisissez de deposer vous-meme une reponse ecrite, il vous faudra egalement, en meme temps que cette formalite, faire parvenir ou expedier une copie de votre reponse ecrite au "Plaintif/Plaintifs Attorney" (Plaignant ou a son avocat) nomme ci-dessous et enregistrer votre reponse avec le Greffier du Tribunal. L'adresse centrale du bureau du Greffier est le Dade County Courthouse. L'adresse du tribunal,et l'adresse des succursales sont dans ci-dessous pour votre convenance

"Pour ceux qui ne peuvent payer un avocat, des informations sur la façon de demander de l'aide juridique gratuite peut être trouvé à www.dadecountyprobono.org"

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| | | | |
|---|---|---|---|
| ☒ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | **UN SERVICE** |

| Plainte/Avocat du Plainte<br><br>Jamie H. Zidell, Esq.<br><br>Numero de barreau de la Floride: | Adresse :<br>300 71st Street, Suite 605<br>Miami Beach FL 33141 ||
|---|---|---|
| 0010121<br><br>**HARVEY RUVIN**<br>**Greffier de Tribunal** | | DATE: |
| | COMME GREFFIER ADJOINT ||

## ACT DE 1990 POUR AMERICAINS HANDICAPES
## AVIS DE l' ADA

"Si vous êtes une personne handicapée qui a besoin d'accommodement pour pouvoir participer à cette procédure, vous avez le droit, sans aucun coût, d'avoir de l'aide à votre disposition. S'il vous plaît contacter Aliean Simpkins, le Coordinateur de l'ADA du Tribunal de l'Onzième Circuit Judiciaire, Lawson E. Thomas Courthouse Center, 175 NW 1st Ave. Suite 2400, Miami, FL. 33128, Téléphone (305) 349-7175; TDD (305) 349-7174, Email ADA@jud11.flcourts.org or Fax (305) 349-7355 au moins sept (7) jours avant la date de comparution au tribunal, oubien immédiatement après avoir reçu cet avis si la date avant la comparution est moins de sept (7) jours; si vous avez une incapacité pour entendre ou parler, appelez le 711."

| ☐ NAN TRIBINAL ITINERAN NAN ONZYÈM AWONDISMAN JIDISYÈ NAN E POU KONTE MIAMI-DADE, FLORIDA |||
|---|---|---|
| ☒ NAN TRIBINAL E POU TRIBINAL NAN MIAMI-DADE COUNTY, FLORIDA |||
| **DIVIZYON**<br>☒ SIVIL<br>☐ DISTRI<br>☐ LÒT | **KONVOKASYON POU KA SIVIL**<br>(b) DELIVRE PERSONELMAN BAY YON MOUN | **NIMEWO KA**<br>2021-009831-CC-24 |
| **PLENTIF (S)**<br>William Jose Guerrero-Vargas and all others similarly situated under 29 U.S.C. § 216(b) | VS.  **KONT AKIZE(S)**<br>AMF INDUSTRIAL LLC. and<br>CARLOS J. AROCHA ESTRADA | **LE** |

ETA FLORIDA: Pou Chak nan eta a yo odone ou pou bay akize a (yo), non l ekri anwo a, manda sa a ak yon kopi yo pote nan pwose sa a.:

| AKIZE:<br>CARLOS J. AROCHA ESTRADA | ADRES::<br>7541 N.W. 97 Court<br>DORAL, FL 33178 |
|---|---|

**ENPOTAN**

Yo entre yon aksyon kont oumeum. Ou genyen 20 jou kalandriye apres ou recevoi somasyon-an pou enregistre devan grefie tribunal-sa, yon reponce pa ecri attache avec plent-la. Yon apel pa telefon ka kapab protege-ou. Se yon repense pa ecri,fo ou m ete numero ka-a ki sou tet pagela avec nom moune-yo ki sou papie-sa oblige ecri si ou vle ke tribunal-la tende position-ou cou ka-a. Si ou pa enregistre reponce-ou a l'heure ou capab pedu ka-a san tribunal la pa anounce-ou en yen, ou capab pedu l'agen ou ak byen ou. Genyen lot demande. Ou ka besoin telefone yon avoka tout de suit. Si ou pa lonen yon avoka, ou ka rele sevis ki rekomande avoka, ou biro ede legal (ki nan lis liv telefone).

Si ou shoisi voye yon reponce pa ecri oumenm, ou supose en mem tan poste en mem tan poste on pote on copi response pa ecri pou avoka pleyan ou pleyan-yo ke non-li ama-a et enregistre reponce-la nan tribunal-la ki localize nan avek Sekrete Tribinal. Adres santral biwo Sekrete a se Dade County Courthouse. Adres tribunal la, ak adres lot tribinal yo nan lis ki anba a pou ou ka jwenn yo alez:

"Pou moun ki pa an mezi peye pou pran yon avoka, yo kapab jwenn enfòmasyon sou kijan pou yo chèche jwenn assistans legal gratis nan www.dadecountyprobono.org."

**ADRESSES DES TRIBUNAUX EN MIAMI-DADE**

| ☒ **Dade County Courthouse** (05)<br>Room 133<br>73 West Flagler Street<br>Miami, FL 33130 | ☐ **Joseph Caleb Center Court** (20)<br>Suite 103<br>5400 N.W. 22nd Avenue<br>Miami, FL 33142 | ☐ **Hialeah District Court** (21)<br>Room 100<br>11 East 6th Street<br>Hialeah, FL 33010 | ☐ **North Dade Justice Center** (23)<br>Room 100<br>15555 Biscayne Blvd.<br>North Miami Beach, FL 33160 |
|---|---|---|---|
| ☐ **Miami Beach District Court** (24)<br>Room 200<br>1130 Washington Avenue<br>Miami Beach, FL 33139 | ☐ **Coral Gables District Court** (25)<br>Room 100<br>3100 Ponce De Leon Blvd.<br>Coral Gables, FL 33134 | ☐ **South Dade Justice Center** (26)<br>Room 1200<br>10710 SW 211 Street<br>Miami, FL 33189 | UN SERVICE |
| Plainte/Avocat du Plainte<br>**Jamie H. Zidell, Esq.**<br>Numero de barreau de la Floride:<br>0010121<br>**HARVEY RUVIN**<br>**Sekrete Jeneral Tribinal La** | Nimewo manm avoka a.<br>Address: 300 71st Street, Suite 605<br>Miami Beach FL 33141<br><br>SEKRETE || DATE: |

**LWA 1990 POU AMERIKEN KI ENFIM**
**ANONS POU AMERIKEN KI ENFIM**

"Si ou se yon moun ki enfim e ou bezwen akomodasyon pou ou patisipe nan pwosedi sa a, ou gen dwa pou yo ba ou kèk èd san ou pa gen pou ou peye. Silvouplè kontakte Kowòdinatè Aliean Simpkins, ADA pou Tribinal Onzyèm Distrik Jidisyè a nan: Lawson E. Thomas Courthouse Center, 175 NW 1st Ave., Suite 2400, Miami, Fl 33128, Telefòn (305) 349-7175; TDD (305) 349-7174, Imèl ADA@jud11.flcourts.org; or Fax (305) 349-7355 omwen sèt (7) jou anvan ou gen randevou pou ou parèt nan tribunal la, oubyen imedyatman lè ou resevwa notifikasyon sa a si ou gen mwens ke sèt (7) jou pou ou parèt nan tribunal la; si ou gen difikilte pou ou tande oubyen pale, rele 711."

Filing # 136483378 E-Filed 10/13/2021 02:36:18 PM

IN THE COUNTY COURT IN AND FOR
THE 11TH JUDICIAL CIRCUIT,
MIAMI-DADE COUNTY, FLORIDA

CASE NO.:

WILLIAM JOSE GUERRERO VARGAS and )
all others similarly situated under 29 U.S.C. )
216(b), )
)
         Plaintiff, )
vs. )
)
AMF INDUSTRIAL LLC. and CARLOS J. )
AROCHA ESTRADA, )
)
         Defendants. )
_____ )

## COMPLAINT UNDER 29 U.S.C. 201- 216 OVERTIME WAGE VIOLATIONS

Plaintiff, WILLIAM JOSE GUERRERO VARGAS, on behalf of himself and all others similarly situated under 29 U.S.C. 216(b), through undersigned counsel, file this Complaint against Defendants, AMF INDUSTRIAL LLC. and CARLOS J. AROCHA ESTRADA, jointly and severally, and alleges as follows:

1. This is an action arising under the Fair Labor Standards Act 29 U.S.C. §§ 201-216.

2. This Court has jurisdiction concurrent with the Federal Courts under 29 U.S.C. § 216(B).

3. This case involves damages less than $30,000.00, exclusive of attorney's fees and costs.

4. The Plaintiff was a resident of Dade County, Florida at the time that this dispute arose.

5. The Defendant, AMF INDUSTRIAL LLC., is a corporation that regularly transacts business within Dade County. Upon information and belief, the Defendant Corporation was the FLSA employer for Plaintiffs' respective period of employment ("the relevant time period").

6. The individual Defendant CARLOS J. AROCHA ESTRADA is a corporate officer and/or

owner and/or manager of the Defendant Corporation who ran the day-to-day operations of the Corporate Defendant for the relevant time period and was responsible for paying Plaintiff's wages for the relevant time period and controlled Plaintiff's work and schedule and was therefore Plaintiff's employer as defined by 29 U.S.C. 203 (d).

7. All acts or omissions giving rise to this dispute took place in Dade County.

## COUNT I. FEDERAL OVERTIME WAGE VIOLATION

8. This action arises under the laws of the United States. This case is brought as a collective action under 29 USC 216(b). It is believed that the Defendants have employed several other similarly situated employees like Plaintiff who have not been paid the proper overtime wages for work performed in excess of 40 hours weekly from the filing of this complaint back three years.

9. This Court has jurisdiction pursuant to 28 U.S.C. § 1331 as this case is brought pursuant to The Fair Labor Standards Act, 29 U.S.C. §§ 201-219 (section #216 for jurisdictional placement).

10. 29 U.S.C. § 207 (a) (1) states, "Except as otherwise provided in this section, no employer shall employ any of his employees who in any workweek is engaged in commerce or in the production of goods for commerce, or is employed in an enterprise engaged in commerce or in the production of goods for commerce, for a workweek longer than forty hours unless such employee receives compensation for his employment in excess of the hours above specified at a rate not less than one and one-half times the regular rate at which he is employed."

11. Plaintiff WILLIAM JOSE GUERRERO VARGAS worked for Defendants AMF INDUSTRIAL LLC. and CARLOS J. AROCHA ESTRADA as a warehouse worker from on or about September 24, 2018 through to on or about September 22, 2021.

12. Plaintiff's job duties required of him by Defendants, as a warehouse worker, included but was not limited to, retrieving packed automotive parts in the warehouse throughout the day for deliveries, organizing packed automotive parts throughout the warehouse, loading pallets with packed automotive parts, receive automotive parts on a daily basis, prepare boxes and large envelopes with automotive parts for EBay and Amazon pickups.

13. Defendants' business activities involve those to which the Fair Labor Standards Act applies. Both the Defendants' business and the Plaintiff's work for the Defendants affected interstate commerce for the relevant time period. Plaintiff's work for the Defendants affected interstate commerce for the relevant time period because the materials and goods that Plaintiff used on a constant and/or continual basis and/or that were supplied to him by the Defendants to use on the job moved through interstate commerce prior to and/or subsequent to Plaintiff's use of the same. The Plaintiff's work for the Defendants was actually in and/or so closely related to the movement of commerce while he worked for the Defendants that the Fair Labor Standards Act applies to Plaintiff's work for the Defendants.

14. Additionally, Defendants regularly employed approximately 7 to 8 employees for the relevant time period who handled goods or materials that travelled through interstate commerce and which were necessary to Defendants business operations, or used instrumentalities of interstate commerce, thus making Defendant's business an enterprise covered under the Fair Labor Standards Act.

15. Upon information and belief, the Defendant Corporation AMF INDUSTRIAL LLC. had gross sales or business done in excess of $500,000 annually for each of the years 2018, 2019 and 2020.

16. Upon information and belief, the Defendant Corporation AMF INDUSTRIAL LLC.'s gross

sales or business done exceeded $250,000.00 for the first half of the year 2021.

17. Between the period of on or about September 24, 2018 through to on or about January 6, 2019, Plaintiff WILLIAM JOSE GUERRERO VARGAS worked for Defendants and was paid a weekly salary of $500.00 for 40 hours of work weekly which equates to $12.50 per hour.

18. During the time period in ¶ 17 above, there were approximately 11 weeks in which Plaintiff worked a total of 89.5 overtime hours.

19. Defendants paid Plaintiff $20.00 per hour for 55.5 overtime hours, but failed to pay Plaintiff for approximately 34 overtime hours in violation of the Fair Labor Standards Act.

20. Between the period of on or about January 7, 2019 through to on or about October 4, 2020, Plaintiff WILLIAM JOSE GUERRERO VARGAS worked for Defendants and was paid a weekly salary of $590.00 for 40 hours of work weekly which equates to $14.75 per hour[1].

21. During the time period in ¶ 20 above, there were approximately 72 weeks in which Plaintiff worked a total of 918.25 overtime hours.

22. Defendants paid Plaintiff $20.00 per hour for 479.75 overtime hours and remain owing Plaintiff's $2.13 for each of these hours as Plaintiff should have been paid the proper time and a half overtime rate of $22.13 for every hour in excess of 40 each week.

23. Furthermore, between the period of on or about January 7, 2019 through to on or about October 4, 2020, Defendants failed to completely pay Plaintiff for approximately 438.5 overtime hours in violation of the Fair Labor Standards Act which are claimed at one and a half times Plaintiff's regular rate of $14.75 for each hour.

---

[1] The overtime rate on $14.75/hr. is $22.13.

24. Between the period of on or about October 5, 2020 through to on or about September 22, 2021, Plaintiff WILLIAM JOSE GUERRERO VARGAS worked for Defendants and was paid a weekly salary of $625.00 for 40 hours of work weekly which equates to $15.63 per hour.

25. During the time period in ¶ 24 above, there were approximately 33 weeks in which Plaintiff worked a total of 185 overtime hours.

26. Defendants paid Plaintiff $20.00 per hour for 183 overtime hours, but remain owing Plaintiff approximately $3.44 for each hour as Plaintiff should have been paid the proper time and a half overtime rate of $23.44 for any hours in excess of 40 each week.

27. Furthermore, between the period of on or about October 5, 2020 through to on or about September 22, 2021, Plaintiff is also owed $23.44 for each of the 2 overtime hours that went completely unpaid.

28. Defendants partial payments and non-payment of Plaintiff's overtime hours were in violation of the Fair Labor Standards Act

29. Defendants willfully and intentionally refused to pay Plaintiff's overtime wages as required by the Fair Labor Standards Act as Defendants knew of the overtime requirements of the Fair Labor Standards Act and recklessly failed to investigate whether Defendants' payroll practices were in accordance with the Fair Labor Standards Act. Defendants remain owing Plaintiff these wages since the commencement of Plaintiff's employment with Defendants for the time periods specified above.

Wherefore, the Plaintiff requests double damages and reasonable attorney fees from Defendants, jointly and severally, pursuant to the Fair Labor Standards Act as cited above, to be proven at the time of trial for all overtime wages still owing from Plaintiff's entire employment period with Defendants or as much as allowed by the Fair Labor Standards Act along with court costs, interest, and any other relief that this Court finds reasonable under the circumstances. *The Plaintiff requests a trial by jury.*

Respectfully Submitted,

J.H. Zidell, Esq.
J.H. Zidell, P.A.
Attorney For Plaintiff
300 71st Street, Suite 605
Miami Beach, Florida 33141
Tel: (305) 865-6766
Fax: (305) 865-7167

By: /s/ J.H. Zidell
 J.H. Zidell, Esq.
 Florida Bar Number: 0010121