**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF FLORIDA**
**MIAMI DIVISION**
**Case No.: 1:21-cv-23844-FAM**

WILLIAM JOSE GUERRERO-VARGAS,
and other similarly situated individuals

    *Plaintiff*,

v.

AMF INDUSTRIAL, LLC, and CARLOS J.
AROCHA ESTRADA,

    *Defendants*.
_____/

## JOINT NOTICE OF SETTLEMENT

Defendants, AMF INDUSTRIAL, LLC and CARLOS J. AROCHA ESTRADA and Plaintiff, WILLIAM JOSE GUERRERO-VARGAS, by and through their respective Counsel, hereby advise the Court that the parties have reached an agreement in principle to settle the instant case pending execution of a Settlement Agreement. The parties will file the appropriate documentation for approval and dismissal on or before March 10, 2022.

Respectfully submitted this March 3, 2022.

| | |
|---|---|
| **J.H. Zidell, P.A.** | **TREMBLY LAW FIRM** |
| J.H. Zidell, Esq. | Yadhira Rámirez-Toro, Esq. |
| Attorney for Plaintiff | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 9700 South Dixie Highway, PH 1100 |
| Miami Beach, Florida 33141 | Miami, Florida 33156 |
| Tel: (305) 865-6766 | Telephone: (305) 431-5678 |
| Fax: (305) 865-7167 | E-Mail: yadhira@tremblylaw.com |
| Email: zabogado@aol.com | E-Mail: service@tremblylaw.com |
| Florida Bar No.: 0010121 | Florida Bar No. 120506 |

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 3, 2022, I served a true and correct copy of the foregoing via the Court's CM/ECF system and via E-mail to Attorneys for Plaintiff.

Respectfully Submitted,

**TREMBLY LAW FIRM**
*Attorneys for Defendants*
9700 South Dixie Highway, PH 1100
Miami, Florida 33156
Telephone: (305) 431-5678
E-Mail: yadhira@tremblylaw.com
E-Mail: service@tremblylaw.com


By: **Yadhira Ramírez-Toro**
       Yadhira Ramírez-Toro, Esq.