IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
Case No.: 1:21-cv-23844-FAM

WILLIAM JOSE GUERRERO-VARGAS,
and other similarly situated individuals

    *Plaintiff*,

v.

AMF INDUSTRIAL, LLC, and CARLOS J.
AROCHA ESTRADA,

    *Defendants*.
_____/

**JOINT MOTION FOR APPROVAL OF THE PARTIES' SETTLEMENT AGREEMENT, STIPULATED DISMISSAL WITH PREJUDICE AND FOR THE COURT TO RETAIN JURISDICTION**

The Parties, Plaintiff, WILLIAM JOSE GUERRERO-VARGAS ("Plaintiff"), and Defendants, AMF INDUSTRIAL, LLC, and CARLOS J. AROCHA ESTRADA ("Defendants"), (collectively, the "Plaintiff" and "Defendants" referred to as the "Parties"), by and through their respective undersigned counsel, file this Joint Motion for Approval of the Parties' Settlement Agreement, Stipulated Dismissal with Prejudice and for the Court to Retain Jurisdiction, and respectfully state as follows:

In the U.S. Eleventh Circuit, in order to ensure that the employer is relieved of liability, a compromise of an FLSA claim must either be supervised by the Secretary of Labor or must be approved by the District Court. *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350 (11th Cir. 1982). To approve the settlement, the Court should determine that the compromise is a fair and reasonable resolution of a bona fide dispute over FLSA provisions. *Id.* at 1354. If the settlement terms meet the aforementioned criteria, the Court should approve the settlement in

order to promote the policy of encouraging settlement of litigation. *Id.; see also Sneed v. Sneed's Shipbuilding, Inc.*, 545 F.2d 537, 539 (5th Cir. 1977).

A bona fide dispute exists between Plaintiff and Defendants in this case regarding Plaintiff's claims for unpaid overtime wages under the Fair Labor Standards Act ("FLSA") 29 U.S.C. 201-216. If the matter had not settled, Plaintiff would have needed to conduct discovery to explore whether Defendants' defenses were applicable.

The Parties have settled this case, despite their factual disputes, believing that settlement promotes efficiency and brings a reasonable and fair result to this litigation. The settlement reached by the Parties avoids the risks and additional expenses associated with continued litigation of this matter, including jury trial and any and all post trial matters (i.e., appeal, etc.). Counsel have zealously represented their clients' respective interests and, through informal mediation, have negotiated a settlement that is acceptable to Plaintiff and Defendants. All parties are represented by experienced counsel in this action, and the parties and their respective counsel agree and stipulate that the settlement represents a fair, reasonable, good faith and arms-length compromise of Plaintiff's claims. There was no undue influence, overreaching, collusion or intimidation in reaching the parties' settlement.

As per the Settlement Agreement, the Parties agree that each party shall bear its/their own attorneys' fees and costs except as otherwise stated in the Settlement Agreement. As a condition for dismissal, the parties agree to dismissal of this action on the condition that the Court retains jurisdiction to enforce the terms of the Settlement Agreement. *See, Anago Franchising, Inc. v. Shaz*, LLC, 677 F.3d 1272, 1280 (11th Cir. 2012).

WHEREFORE, the said Parties respectfully request that the Court enter an Order: (1) approving the terms of the Settlement Agreement; (2) dismissing this action with prejudice

against released parties pursuant to the Parties' stipulated settlement and dismissal; (3) retaining jurisdiction over enforcement of the settlement; and (4) denying as moot all pending motions.

Respectfully Submitted,

Dated this 15th day of March 2022.

| **J.H. Zidell, P.A.** | **TREMBLY LAW FIRM** |
|---|---|
| J.H. Zidell, Esq. | Yadhira Ramírez-Toro, Esq. |
| Attorney for Plaintiff | *Attorneys for Defendants* |
| 300 71st Street, Suite 605 | 9700 South Dixie Highway, PH 1100 |
| Miami Beach, Florida 33141 | Miami, Florida 33156 |
| Tel: (305) 865-6766 | Telephone: (305) 431-5678 |
| Fax: (305) 865-7167 | E-Mail: yadhira@tremblylaw.com |
| Email: zabogado@aol.com | E-Mail: service@tremblylaw.com |
| Florida Bar No.: 0010121 | Florida Bar No. 120506 |

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on March __, 2022, I served a true and correct copy of the foregoing via the Court's CM/ECF system to all parties of record.

By: */s/ J.H. Zidell*
J.H. Zidell, Esq.