UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23844-CIV-MORENO

WILLIAM JOSE GUERRERO-VARGAS,

    Plaintiff,

vs.

AMF INDUSTRIAL, LLC, and CARLOS J. AROCHA-ESTRADA,

    Defendants.
_____/

**FINAL ORDER OF DISMISSAL**

THIS CAUSE came before the Court upon Joint Motion for Approval of the Parties' Settlement Agreement, Stipulated Dismissal with Prejudice and for the Court to Retain Jurisdiction (**D.E. 25**), filed on **March 15, 2022**.

THE COURT has considered the notice and the pertinent portions of the record, and is otherwise fully advised in the premises. It is

**ADJUDGED** that Joint Motion for Approval of the Parties' Settlement Agreement, Stipulated Dismissal with Prejudice and for the Court to Retain Jurisdiction is GRANTED and the settlement is approved in accordance with *Lynn's Food Stores, Inc. v. U.S. Dep't of Labor*, 679 F.2d 1350 (11th Cir. 1982). It is also

**ADJUDGED** that this Cause is **DISMISSED** with prejudice.

DONE AND ORDERED in Chambers at Miami, Florida, this 28th of March 2022.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record